*Ward* and *S. Dana* for the appellant.

The *Attorney-General (Sullivan)* and *T. Bigelow* for the appellee.

———◆———

## EZRA BROWN, Executor, *versus* TIMOTHY SWAN.

*Practice.*—The Court will not hear an argument on a motion for a new tr.al, unless the motion and reasons are filed in the case.

THIS was an action of debt upon a judgment recovered by the plaintiff's testator against the defendant for $50 and 32 cents damages, and $22 and 71 cents costs, at the term of this Court in *Worcester*, September, 1800.

The defendant pleaded in bar that the executor had released.  The plaintiff prayed *oyer* of the deed, which was as follows, *viz.*, " Feb.

17, 1801, Received of *Timothy Swan* eighty dollars in full of all
          debts, dues, and demands in favor of the estate of *Isaac*
[ * 203 ] *Brown,* late of *Mason,* in the county * of *Hillsborough,*
          and state of *New Hampshire,* gentleman, deceased,
against said *Swan*—Witness my hand and seal.

   (Signed)    Ezra Brown, Adm'r. upon
             *Isaac Brown's* estate."

and pleaded *non est factum.*

On the trial of the issue at a former term of the Court, the jury
found that it was the deed of the plaintiff; and his counsel moved
in arrest of judgment. Two exceptions were made to the *plea*—
*First,* that a release could not be pleaded to an action of debt on a
judgment, and, *secondly,* that the instrument pleaded in this case
was not a release, being, at the most, only evidence of payment,
and, therefore, the defendant should have pleaded payment, and
relied upon the writing as evidence of that fact.

The real object of the motion appeared to be to obtain an order
of Court for a repleader, that a new trial might be had ; but as the
reasons had not been filed in the case, the Court said they saw no
reasons for a new trial, and ordered judgment to be entered for the
defendant, according to the verdict.

(*Dana,* C. J., *Sedgwick, Sewall,* and *Thacher,* justices, present.)
The *Attorney-General* and *Fay* for the plaintiff.
*Ward* and *Z. B. Adams* for the defendant.